An official website of the United States government
Here's how you know



MENU

# FOIA.gov

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2947551

# Success!

## Your FOIA request has been created and is being sent to the Office of the Inspector General.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

FOIA Requester Service Center

202-616-0646

Deborah M. Waller, FOIA Public Liaison

202-616-0646

Deborah M. Waller, Government Information Specialist, Room 4726
950 Pennsylvania Avenue, NW
Washington, DC 20530

# Request summary

Request submitted on **June 2, 2026**.

The confirmation ID for your request is **2947551**.

> The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Tanvi Misra

**Mailing address**
2810 46th St
APt 2
Astoria, New York 11103
United States

**Phone number**
2243079030

**Company/organization**
Type Media Center

**Email**
misra.tanvi@gmail.com

## Your request

Dear FOIA officer: Pursuant to 5 U.S.C. § 552, I would like to request the following records related to the detainee death of Johnny Noviello (See:

https://www.ice.gov/news/releases/canadian-national-ice-custody-passes-away): Any additional records created or received by DOJ-OIG in its investigation and disposition of the case #MI-412-2025-015639-M. I make this request as a member of the news media: I am an investigative journalist, currently a fellow with the nonprofit new organization Type Media Center, who writes for top national and international news organizations such as Politico, The Guardian, New York magazine, etc. The records are intended for public dissemination and not for commercial purposes. For this reason, I respectfully request a fee waiver, as I will be publishing and circulating the results of the records I receive to the general public through news articles. In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, in .pdf or .doc format by e-mail attachment if available—or CD-ROM to my address on record if not. Thank you in advance for your timely consideration of this time-sensitive request. I look forward to hearing from you in 10 days regarding my expedited processing request and 20 days regarding the responsive documents, as the statute requires. All best, Tanvi Misra

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
I respectfully request a fee waiver, as I am a well-established journalist with US media organizations who intends to disseminate the information requested to inform the public of government policies and practices. This request is not being made for commercial purposes. In the event that there are fees, please convey the amount before proceeding.

**The amount of money you're willing to pay in fees, if any**
50

## Request expedited processing

**Expedited processing**

no

**Justification for expedited processing**

I seek expedited processing of this request pursuant to 6 C.F.R. 5.5(e) and declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following statements are true and correct to the best of my knowledge and understanding: 1. I am a member of the media primarily engaged in information dissemination, a factor that has been sufficient to grant expedited processing in the past by several FOIA requests. Examples of my work are available here: https://www.theguardian.com/us-news/2021/feb/05/us-citizen-newborns-mexico-migrant-women-border-ban, https://www.politico.com/news/magazine/2023/09/17/afghanistan-visa-family-00113267, and https://www.hcn.org/issues/56-9/the-fatal-flaw-in-the-border-patrols-rescue-program/ 2. As Immigration and Customs Enforcement has rapidly increased its detained noncitizen population since January 2025, mortality in ICE detention has also rapidly increased. 3. ICE is presently on track to have the highest detainee deaths in the agency's custody on record: See: Table 1: Publicly Reported Deaths in ICE Custody by Fiscal Year since PBNDS 2011 adoption. FY COUNT of FY Deaths 11 10 12 8 13 9 14 6 15 7 16 10 17 12 18 10 19 9 20 22 21 5 22 3 23 4 24 12 25 33 26 to date: 18. 4. Public reports indicate that Congress allocated $70 billion in funding to immigration enforcement agencies through 2029, which is in addition to the $170 billion already provided last year—already a huge spike from previous funding. See: https://www.cnbc.com/2026/04/23/us-senate-votes-to-advance-70-billion-funding-plan-for-ice-border-patrol.html, https://www.npr.org/2026/01/21/nx-s1-5674887/ice-budget-funding-congress-trump 5. Timely access to information regarding healthcare outcomes in ICE custody is essential to public health researchers, medical experts, policymakers, and informed citizens who wish to have a meaningful role in the policy debate over whether the proposed budget increase represents a lawful and prudent expenditure of public resources. 6. My previous FOIA and journalism work on ICE detention conditions has been used by and cited in research papers by physicians, reports by human rights groups, House and Senate investigations, and court orders that all lead to significant policy decisions. 7. There is an urgent need to inform the public regarding ICE's capacity to manage and oversee medical emergencies and conditions that could lead to deaths of people in ICE custody. 8. The details behind detainee death have elicited international attention. See: https://www.cnn.com/2025/06/26/us/johnny-noviello-ice-death-canada-florida 9. The investigation in question uncovers potential failures in standards of care that may have resulted in the detainee's death.

# Terms of service

**Terms of Service**

yes

 FOIA.gov

## CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☐ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ☐

 **DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

June 8, 2026

SENT VIA EMAIL

Tanvi Misra
misra.tanvi@gmail.com

Subject:    Freedom of Information/Privacy Act Request [26-OIG-301]

Dear Tanvi Misra:

Your request for information relating to the above-cited subject was received in this office on June 3, 2026. Your request has been referred to the Department of Justice Office of Public Affairs for a determination concerning your request for expedited processing.

Your request will be handled under the provisions of the Freedom of Information Act (5 U.S.C. §552) and the Privacy Act (5 U.S.C. §552a). It has been assigned the following control number: 26-OIG-301. Please cite this number in any further inquiry about this request.

I must advise you that fees may be charged for searching for records sought at the respective administrative and professional rates of $4.75/$10.00 per quarter hour, and for duplication of copies at the rate of $.05 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $25.00 before we will charge you any fees. Most requests do not require any fees; however, if fees are required we will notify you beforehand.

If you have further questions, please address your inquiry to U.S. Department of Justice, Office of the Inspector General, 950 Pennsylvania Avenue, N.W., Suite 4726, Washington, D.C. 20530 or at (202) 616-0646.

Sincerely,

*Marissa Solomon-McRoy*

Marissa Solomon-McRoy
Government Information Specialist
Office of General Counsel

 **DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

June 10, 2026

SENT VIA EMAIL

Tanvi Misra
misra.tanvi@gmail.com

Subject:     Freedom of Information/Privacy Act Request [26-OIG-301]

Dear Tanvi Misra:

    This is in response to your Freedom of Information Act request to the Office of the Inspector General (OIG). Specifically, your request seeks "records related to the detainee death of Johnny Noviello," etc.

    You have requested expedited processing of your request under 28 C.F.R. § 16.5(e)(1)(iv), which requires expedited processing for a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence. Based on the information you have provided; Department of Justice Office of Public Affairs has determined that your request for expedited processing under this standard should be denied.

    We will answer your request as quickly as possible. If you have further questions, please address your inquiry to U.S. Department of Justice, Office of the Inspector General, 950 Pennsylvania Avenue, N.W., Suite 4726, Washington, D.C. 20530 or to check the status of your request contact us at (202) 616-0646.

    If you are not satisfied with OIG's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

                         Sincerely,

                         *Marissa Solomon-McRoy*

                         Marissa Solomon-McRoy
                         Government Information Specialist
                         Office of General Counsel

# Appeal

| Appeal Information | |
|---|---|
| Appeal Number | A-2026-01642 |
| Received Date | 06/10/2026 |
| Due Date | 07/10/2026 |
| Receipt Method | Electronic |
| Postmark Date | |
| Appeal Is In Litigation | No |
| Unusual Circumstances | null |
| Track | Complex |
| | |
| Agency | OIP |
| Document Delivery Method | Email |
| Topic | |
| Litigation Information | |
| Litigation Number | |
| First Name of Litigator | |
| Last Name of Litigator | |
| | |
| Case Name | |
| Federal District Court | null |
| Date of Final Adjudication by Court | |
| Request Information | |
| Request Number | 26-OIG-301 |
| Request ID | |
| Component | OIG |
| Subject of Request | "Dear FOIA officer: Pursuant to 5 U.S.C. § 552, I would like to request the following records for the detainee death of Johnny Noviello (See: https://www.ice.gov/news/releases/canadian-national-ice-custody-passes-away) |
| | All pages of the Department of Justice Office of Inspector General investigation (MI-412-2025-015639-M) referred to the Federal Bureau of Prisons (component number: OIA-2025-07350). |
| | I make this request as a member of the news media: I am an investigative journalist, currently a fellow with the nonprofit new organization Type Media Center, who writes for top national and international news organizations such as Politico, The Guardian, New York magazine, etc. The records are intended for public dissemination and not for |

commercial purposes.

For this reason, I respectfully request a fee waiver, as
I will be publishing and circulating the results of the records I receive to the
general public through news articles. In the event that there are fees, I would be
grateful if you would inform me of the total charges in advance of fulfilling my
request. I would prefer the request filled electronically, in .pdf or .doc format
by e-mail attachment if available--or CD-ROM to my address on record if not. Thank
you in advance for your timely consideration of this time-sensitive request. I
look forward to hearing from you in 10 days regarding my expedited processing
request and 20 days regarding the responsive documents, as the statute requires.

All best,
"

Basis for Appeal

Description of Appeal

Dear Director, Office of Information Policy (OIP):

I hereby appeal the denial
(submitted via the portal on 6/4 and attached here) of my FOIA request
(26-OIG-301). My original request does note several reasons that pertain to 28
C.F.R. §16.5 (e)(1)(ii) ( "An urgency to inform the public about an actual or
alleged federal government activity, if made by a person primarily engaged in
disseminating information.") in that the records pertain to potential wrongful
neglect or malpractice in the death of an immigrant detainee in federal custody at
a BOP facility, one where a whistleblower has filed a whistleblower complaint
regarding malpractice. See:
https://www.theglobeandmail.com/canada/article-johnny-noviello-canadian-ice-detainee-death-s

As
a journalist, it is my duty to inform the public about any failures that resulted
in this death so 1) if preventable, future deaths can be avoided and 2) the public
is better informed around the policies and practices around immigrant
detention.

In addition, I can state the following supplemental reasons, that go
towards 8 C.F.R. §16.5 (e)(1)(iii) ( "The loss of substantial due process
rights.") and 28 C.F.R. §16.5 (e)(1)(iv) ("A matter of widespread and exceptional
media interest..."):

1) The federal government is set to have the highest
death toll in immigration detention this year since deaths started being counted
in 20011: 19 to date.

2) In protest of alleged neglectful medical treatment

and substandard food, and various violations of rights and due process, detainees have launched hunger strikes at federal facilities around the country. See: https://www.nbcnews.com/news/us-news/detainees-hunger-strike-allege-filthy-water-moldy-food

3)
The deaths of detainees in federal custody and the policies/failures behind it is of immense interest to the public -- and to members of congress. See: https://jayapal.house.gov/wp-content/uploads/2026/01/Deaths-in-Detention-Ltr-Final.pdf

4)
News organizations around the country are covering government decision making that may have resulted in this higher death toll.

5)  Senior ICE officials have indicated no wrongdoing by the government and so greater clarity is required around the circumstances behind these deaths.

Thank you for your consideration.

| | |
|---|---|
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | Yes |
| Requester Item Type 1 | null |
| Requester Items 1 | No Attachment |
| Requester Item Type 2 | null |
| Requester Items 2 | No Attachment |
| Requester Item Type 3 | null |
| Requester Items 3 | No Attachment |
| Requester Contact Information | |
| Salutation | null |
| First Name | Tanvi |
| Middle Name | |
| Last Name | Misra |
| Email Address | misra.tanvi@gmail.com |
| Organization | Type Media Center |
| Register Number | |
| Phone Number | |
| Fax Number | |
| Other Information | |
| | |
| Address Type | Home |
| Country | United States |
| Address Line 1 | Apartment 2 |

| | |
|---|---|
| Address Line 2 | 2810 46th Street |
| Military Branch | |
| City | Astoria |
| Province | |
| State | New York |
| Zip/Postal Code | 11103 |
| Expedited Processing Information | |
| Expedited Processing Requested? | Yes |
| Expedited Processing Request Date | |
| Expedited Processing Determination | Moot |
| Standards for Expedition | • 1. Circumstances in which the lack of expedited processing could reasonably be expected to p |
| | • 2. An urgency to inform the public about an actual or alleged Federal Government activity, if m |
| | • 3. The loss of substantial due process rights. |
| | • 4. A matter of widespread and exceptional media interest in which there exist possible questio |
| Expedited Justification | I seek expedited processing of this request pursuant to 6 C.F.R. 5.5(e) and declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following statements are true and correct to the best of my knowledge and understanding: 1. I am a member of the media primarily engaged in information dissemination, a factor that has been sufficient to grant expedited processing in the past by several FOIA requests. Examples of my work are available here: https://www.theguardian.com/us-news/2021/feb/05/us-citizen-newborns-mexico-migrant-women https://www.politico.com/news/magazine/2023/09/17/afghanistan-visa-family-00113267, and https://www.hcn.org/issues/56-9/the-fatal-flaw-in-the-border-patrols-rescue-program/ 2. In 2015, ICE set new standards for transgender medical care in detention. See: 2015 transgender care memo: https://www.ice.gov/news/releases/ice-issues-new-guidance-care-transgender-individuals-custo 3. Despite these standards, ICE has repeatedly been criticized for failing to provide medical and mental health care to such detainees. See 2019 letter by Transgender Law Center: https://transgenderlawcenter.org/wp-content/uploads/2019/09/Complaint-on-LGBTQ-PLHIV-DH 4. Under the current administration, ICE is declining to report on data on transgender individuals in its custody, per Congressional mandate. See: https://www.vera.org/news/ice-is-excluding-data-on-transgender-people-in-detention 5. ICE has removed and rescinded the transgender care provisions complying with the 2015 memo from several detention contracts. See: https://prospect.org/2026/01/14/ice-trump-rape-protection-trans-immigrants/ 6. Transgender detainees have alleged mistreatment and medical neglect under the current administration: See: https://prospect.org/2026/01/14/ice-trump-rape-protection-trans-immigrants/ 7. Timely access to information regarding healthcare outcomes in ICE custody is essential to public health researchers, medical experts, policymakers, and informed citizens who wish to have a meaningful role in the policy debate over whether the proposed budget increase represents a lawful and prudent expenditure |

of public resources. 8. My previous FOIA and journalism work on ICE detention conditions has been used by and cited in research papers by physicians, reports by human rights groups, House and Senate investigations, and led to policy shifts and court orders. 8. There is an urgent need to inform the public regarding ICE or BOP's capacity to manage and oversee medical emergencies and conditions that could lead to deaths of people in custody. 9. The details behind this BOP detainee's death have elicited international attention. https://www.theglobeandmail.com/canada/article-johnny-noviello-canadian-ice-detainee-death-s 10. The records pertain to an investigation into potential failures in standards of care that may have resulted in the detainee's death.

| | |
|---|---|
| Workflow State | Closed |
| Records Management | |
| Workflow Status | Closed |
| Disposition Date | 10/01/2032 |
| Marked for Disposition | |
| Disposition Confirmed | |
| Disposition Confirmed By | null |