AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Tanvi Misra | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-2510 |
| Federal Bureau of Prisons | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tanvi Misra                                                                                      .

Date:      07/20/2026                                               /s/ Daniel Melo
                                                                              *Attorney's signature*

                                                                              Daniel Melo
                                                                    *Printed name and bar number*

                                                        2920 Forestville Rd, STE 100, PMB 1192
                                                                    Raleigh NC 27616

                                                                              *Address*

                                                                    dan@themelolawfirm.com
                                                                        *E-mail address*

                                                                        (919) 348-9213
                                                                    *Telephone number*

                                                                              *FAX number*

| **Print** | **Save As...** | **Reset** |