CO-386
10/2018

# United States District Court
# For the District of Columbia

Tanvi Misra

                        Plaintiff

vs

Federal Bureau of Prisons, et al

                        Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.___26-2510_____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Tanvi Misra_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __n/a_____ which have

any outstanding securities in the hands of the public:

   n/a.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

___/s/ Daniel Melo_____
Signature

NC 48654_____      Daniel Melo_____
BAR IDENTIFICATION NO.               Print Name

2920 Forestville Rd, STE 100 PMB 1192
Address

Raleigh_____NC_____27616_____
City              State          Zip Code

919-348-9213_____
Phone Number