**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TANVI MISRA,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendants. | Case No. 26-2510 |

## <u>CERTIFICATE OF SERVICE</u>

Plaintiff hereby certifies that copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following on the respective dates (electronic tracking receipt attached):

Federal Bureau of Prisons        07/27/2026
Office of General Counsel
320 1st ST NW
Washington, DC 20534-0002

Department of Justice           07/28/2026
950 Pennsylvania Ave NW
Washington, DC 20530-0009

US Attorney General            07/28/2026
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Plaintiff also hereby certifies that the U.S. Attorney's Office for Washington, D.C. was served in accordance with Rule 4(i) via electronic mail, as consistent with its acceptance of service under that method. Attached is confirmation of the USAO's receipt of that service on July 22, 2026.

1

Dated: July 28, 2026                    By: /s/ Daniel Melo

                                        Daniel Melo
                                        The Melo Law Firm
                                        NC Bar # 48654
                                        2920 Forestville Road, Ste 100
                                        PMB 1192
                                        Raleigh, NC 27616
                                        Tel: (919) 348-9213
                                        dan@themelolawfirm.com
                                        *Counsel for Plaintiff*

2