**Outlook**

---

## RE: Tanvi Misra v. Fed Bureau of Prisons, et al, 26-2510

---

**From** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

**Date** Thu 7/23/2026 10:11 AM

**To** Daniel Melo <Dan@themelolawfirm.com>; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

**Cc** Emily Burns <emily@themelolawfirm.com>

Your submission has been received by email on July 22, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Wednesday, July 22, 2026 10:12 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Emily Burns <emily@themelolawfirm.com>
**Subject:** [EXTERNAL] Tanvi Misra v. Fed Bureau of Prisons, et al, 26-2510

Greetings,

Please find service attached for the above case.

Best,

**Daniel Melo**
The Melo Law Firm, PLLC
*Federal FOIA & Transparency Litigation*
(919) 348-9213
themelolawfirm.com

*Confidentiality Notice: This email and any attachments are intended only for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this message.*

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
Jul 22 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0010937445

**USPS CERTIFIED MAIL**

**9402 8118 9876 5523 4194 82**

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | Misra DDC |
| USPS # | 9402811898765523419482 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was picked up at the post office at 4:37 am on July 28, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, July 28, 2026, 4:37 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, July 27, 2026, 12:41 pm |
| | Arrived at Post Office, WASHINGTON, DC 20018, July 27, 2026, 11:51 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 4:52 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 5:23 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 4:42 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 3:32 am |
| | In Transit to Next Facility, July 25, 2026, 1:43 am |
| | Departed USPS Facility, RALEIGH NC DISTRIBUTION CENTER, July 24, 2026, 9:41 pm |
| | In Transit to Next Facility, July 24, 2026, 9:17 pm |
| | Arrived at USPS Facility, RALEIGH NC DISTRIBUTION CENTER, July 24, 2026, 6:53 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 07/28/2026 (UTC)**

USPS in possession of item, RALEIGH, NC 27616, July 22, 2026, 1:06 pm

Shipping Label Created, RALEIGH, NC 27616, July 21, 2026, 2:58 pm

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**

Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.

Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.

**Date Verified: 07/28/2026 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
Jul 22 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0010282490

**USPS CERTIFIED MAIL**

9402 8118 9876 5523 4316 37

Federal Bureau of Prisons
Office of General Counsel
320 1ST ST NW
WASHINGTON DC 20534-0002

| | |
|---|---|
| Reference | Misra DDC |
| USPS # | 9402811898765523431637 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 9:24 am on July 27, 2026 in WASHINGTON, DC 20534. |
| USPS History | Delivered, Front Desk/Reception/Mail Room, WASHINGTON, DC 20534, July 27, 2026, 9:24 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, July 27, 2026, 6:30 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 4:53 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 5:23 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 4:42 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 3:32 am |
| | In Transit to Next Facility, July 25, 2026, 1:43 am |
| | Departed USPS Facility, RALEIGH NC DISTRIBUTION CENTER, July 24, 2026, 9:41 pm |
| | In Transit to Next Facility, July 24, 2026, 9:17 pm |
| | Arrived at USPS Facility, RALEIGH NC DISTRIBUTION CENTER, July 24, 2026, 6:54 pm |
| | USPS in possession of item, RALEIGH, NC 27616, July 22, 2026, 1:06 pm |
| | Shipping Label Created, RALEIGH, NC 27616, July 21, 2026, 2:46 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 07/27/2026 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
**PRIORITY MAIL IMI**
Jul 22 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0011485628

**USPS CERTIFIED MAIL**

9402 8118 9876 5523 4193 69

US DOJ
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | Misra DDC |
| USPS # | 9402811898765523419369 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was picked up at the post office at 4:37 am on July 28, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, July 28, 2026, 4:37 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, July 27, 2026, 12:41 pm |
| | Arrived at Post Office, WASHINGTON, DC 20018, July 27, 2026, 11:51 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 4:30 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 5:23 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 4:42 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, July 25, 2026, 3:32 am |
| | In Transit to Next Facility, July 25, 2026, 1:43 am |
| | Departed USPS Facility, RALEIGH NC DISTRIBUTION CENTER, July 24, 2026, 9:41 pm |
| | In Transit to Next Facility, July 24, 2026, 9:17 pm |
| | Arrived at USPS Facility, RALEIGH NC DISTRIBUTION CENTER, July 24, 2026, 6:56 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 07/28/2026 (UTC)**

USPS in possession of item, RALEIGH, NC 27616, July 22, 2026, 1:06 pm

Shipping Label Created, RALEIGH, NC 27616, July 21, 2026, 2:55 pm

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**

Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.

Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.

**Date Verified: 07/28/2026 (UTC)**