**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TANVI MISRA,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            Defendants. | Case No.26-2510<br><br>**MOTION FOR PRO HAC**<br>**VICE ADMISSION** |

<u>**Motion for Emily Burns to Appear *Pro Hac Vice***</u>

Movant, Daniel Melo, a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, hereby moves this Court for permission for Emily Burns to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff. LCvR 83.2(c).

In support of the motion, Attorney Melo states that Emily Burns, a staff attorney of the Melo Law Firm, 2920 Forestville Road, Ste 100, PMB 1192, Raleigh, NC 27616, is a member in good standing of the bar of the Supreme Court of Maine and the federal bar of the District of Colorado. The declaration of Attorney Burns is attached as Exhibit A. *See* LCvR 83.2(c). A proposed order is attached.

Movant respectfully requests that Attorney Burns be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff. Attorney Burns will serve as co-counsel for Plaintiff with the undersigned, who will continue to serve as counsel for

1

2

Plaintiff as well. Plaintiff's counsel is unable to confer with opposing counsel as no appearance has been entered on behalf of Defendant.

Date:   August 21, 2026                    Respectfully submitted,

                                           By: /s/ Daniel Melo
                                           Daniel Melo
                                           The Melo Law Firm
                                           NC Bar # 48654
                                           2920 Forestville Road, Ste 100
                                           PMB 1192
                                           Raleigh, NC 27616
                                           Tel: (919) 348-9213
                                           dan@themelolawfirm.com