**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TANVI MISRA, | Case No.26-2510 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| FEDERAL BUREAU OF PRISONS, | |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendants. | |

Upon consideration of the Motion for Admission *pro hac vice* of Emily Burns and the Declaration Emily Burns submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Emily Burns be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

Dated:_____

_____
Hon.
United States District Judge