AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Tanvi Misra<br>*Plaintiff*<br>v.<br>Federal Bureau of Prisons, U.S. Department of Justice<br>*Defendant* | ) | Case No. 1:26-cv-02510 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tanvi Misra .

Date: 08/20/2026

/s/ Emily Burns
*Attorney's signature*

Emily Burns - 011497
*Printed name and bar number*

The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
*Address*

emily@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*

Print Save As... Reset