UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANVI MISRA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendant. | Civil Action No. 26-2510 (LLA) |

**JOINT STATUS REPORT**

Defendants Department of Justice ("DOJ") and the Bureau of Prisons ("BOP"), by and through counsel, respectfully requests an eighteen-day extension—i.e., until September 8, 2026—of the deadline to respond to the Complaint. Plaintiff does not oppose the relief requested herein. In support of this motion, Defendants state as follows:

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a Complaint on July 18, 2026, ECF No. 1, and Defendants filed an Answer on September 8, 2026, ECF No. 12. The case concerns FOIA requests to DOJ and BOP concerning an investigation into Johnny Noviello's death while in ICE custody. Compl. ¶ 31.

2. On September 18, 2026, the Court ordered the parties to meet and confer and file a joint status report on or before October 16, 2026.

3. The parties met and conferred to discuss the status of the FOIA request.

4. OIG reports that it completed its response on October 15, 2026. OIG located no responsive records after a thorough search.

5. DOJ reports that it has completed its search and found 39 pages of responsive records. DOJ intends to release 2 pages in full and 10 pages in part and withhold 16 pages in their

entireties. Eleven pages were identified as duplicates. DOJ expects to release all non-exempt, responsive records on or before October 30, 2026.

6. The Parties believe that summary judgment briefing and a *Vaughn* index will be required in this case.

7. The parties propose that they file an additional Joint Status Report on or before November 18, 2026, to update the Court on the status of the FOIA request and to advise the Court of any issues that warrant its attention.

Dated: October 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ David S. Bettwy*

DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*